Leta PIERCE, Appellant,

v.

The STATE of Texas, Appellee.

No. 27517.

Court of Criminal Appeals of Texas.

March 30, 1955.

Letia PIERCE, Appellant,

v.

The STATE of Texas, Appellee.

No. 27516.

Court of Criminal Appeals of Texas.

March 30, 1955.

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for unlawfully selling whisky in a dry area; the punishment assessed is a fine of $300.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear regular and nothing is presented for review.

The judgment is affirmed.